# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-MC-00106-RJC-DSC

| | |
|---|---|
| KAREN DAVIES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ARMOR CORRECTIONAL HEALTH ) | |
| SERVICES INC., ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on "Nonparty Karen Davies' Motion to Quash Subpoena" (document #1) filed July 21, 2020, as well as the parties' briefs and exhibits.

On July 8, 2020, Respondent served a Subpoena on Petitioner in an action it brought against its former CEO Bruce Teal in the United States District Court for the Southern District of Florida, Civil Action No. 1:19CIV-24656. The Subpoena seeks certain documents and electronically stored information, some of which Davies has produced or agreed to produce. The Subpoena also seeks production of her personal computer for a forensic imaging and search by Respondent.

On July 21, 2020, Petitioner filed her Motion to Quash the Subpoena.

The Court has carefully considered the record, the authorities, and the parties' arguments. For the reasons stated in Petitioner's briefs, the Motion is **GRANTED** and the Subpoena is **QUASHED**. However, the Subpoena is quashed **WITHOUT PREJUDICE** to Respondent's right to serve an amended subpoena consistent with the proposal Petitioner made through her counsel's email dated July 29, 2020. See "Affidavit of James C. Smith," Exhibit D (document #11-4).

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: September 1, 2020

David S. Cayer
United States Magistrate Judge